# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKER WRIGHT; ALYSSA GRANT, KEVIN DOHERTY, and JUSTIN ATKINS,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERTAINMENT CENTRAL AGENCY, INC dba Entertainment Central Productions; JEREMY JAMES; SHALISA JAMES; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-09818-PA-PLA<br><br>[Hon. Percy Anderson, Courtroom 9A]<br><br>**ORDER GRANTING STIPULATION TO REMAND THIS CASE TO THE LOS ANGELES SUPERIOR COURT**<br><br>Date Filed: October 16, 2018<br>Date Removed: November 21, 2018 |

Having considered Plaintiffs Parker Wright, Alyssa Grant, Kevin Doherty, and Justin Atkins, and Defendants Entertainment Central Agency, Inc. ("ECA"), Jeremy James, and Shalisa James (collectively "the Parties"), Stipulation to Remand this Case to the Los Angeles Superior Court (the "Stipulation"), and good cause appearing, the Court grants this Stipulation and ORDERS:

1. The matter be remanded to the Los Angeles Superior Court.

**IT IS SO ORDERED.**

Dated: February 28, 2019

_____
HON. PERCY ANDERSON